

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2014

No. 04-13-00720-CV

Marilyn **STEWART,**
Appellant

v.

**THE CITY OF SAN ANTONIO,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09344
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Appellant's brief must be filed no later than February 10, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court